MILDRED BORYS AND JOHN BORYS, PLAINTIFFS-APPEL-
LANTS, v. NANCY JEAN BORYS, DEFENDANT-RESPON-
DENT.

February 8, 1978.

ORDER

The Court having considered the briefs and argument
of counsel on the appeal and good cause having been shown,

It is hereby ORDERED that the judgment of the Appel-
late Division be and hereby is affirmed. The opinion of the
Court shall be filed in due course.

Opinion 76 *N. J.* 103.